# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 190 |
| | : | |
| AMENDMENT OF RULES 219(d)(2), (f), | : | DISCIPLINARY RULES |
| (h)(2), (j)(1) and (2), and (k) OF THE | : | |
| PENNSYLVANIA RULES OF | : | DOCKET |
| DISCIPLINARY ENFORCEMENT | : | |
| | : | |

## ORDER

**PER CURIAM**

  **AND NOW**, this 18th day of November, 2019, upon the recommendation of the Disciplinary Board of the Supreme Court of Pennsylvania; the proposal having been submitted without publication in the interests of justice and efficient administration pursuant to Pa.R.J.A. No. 103(a)(3):

  **IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rules 219(d)(2), (f), (h)(2), (j)(1) and (2), and (k) of the Pennsylvania Rules of Disciplinary Enforcement are amended in the attached form.

  This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective in 30 days.

Material to be added is bolded and underlined.
Material to be deleted is bolded and in brackets.